**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO. JFM-15-0039** |
| | ) | |
| **UNDER SEAL,** | ) | **FILED UNDER SEAL** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**FILED UNDER SEAL**

-1-

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CRIMINAL NO. JFM-15-0039** |
| ) | |
| **ANTOINETTE MCDANIELS,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**GOVERNMENT'S MOTION TO UNSEAL INFORMATION**

The United States of America, by and through its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Jason D. Medinger, Assistant United States Attorney for said District, files this motion to unseal the information and related documents in the above numbered and styled cause, and in support thereof states the following:

1. On January 28, 2015, Defendant Antoinette McDaniels was charged via criminal information for conspiracy in violation of 18 U.S.C. § 371, receipt of bribes and illegal gratuities, in violation of 18 U.S.C. § 201, and conspiracy to possess with intent to distribute marijuana, in violation of 21 U.S.C. §§ 846, and 841.

2. After filing, the case was placed under seal because of on-going investigation.

3. The Government now moves to unseal the information and all related documents filed in in the above numbered and styled cause. A proposed order is attached.

                                              Respectfully submitted,

                                              ROD J. ROSENSTEIN
                                              UNITED STATES ATTORNEY

By:   __/s/_____
        Jason D. Medinger
        Assistant United States Attorney
        36 S. Charles St., 4th Fl.

Baltimore, Maryland 21201
410-209-4800